AUSA KKD

FILED
SEP 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8812

UNITED STATES OF AMERICA,
Plaintiff,
v.
Antonio CORTEZ,
Defendant.

Magistrate Case No.:

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

On or about September 4, 2008, within the Southern District of California, defendant Antonio CORTEZ did knowingly and intentionally import approximately 16.54 kilograms (36.39 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 5th DAY OF SEPTEMBER, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Antonio CORTEZ

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On September 4, 2008, at approximately 0831 hours, Antonio CORTEZ (CORTEZ) made entry into the United States from Mexico through the Calexico, California, east port of entry. CORTEZ was the driver and sole occupant of a Chevrolet pickup, not registered under his name.

Customs and Border Protection Officer (CBPO) A. Campos was working primary lane four (4) when CORTEZ made entry into the United States. CBPO Campos received a negative Customs declaration from CORTEZ. CBPO Campos referred CORTEZ to secondary for further inspection.

In secondary, CBPO Haddock took a second negative Customs declaration from CORTEZ. CBPO Haddock requested that CBP Canine Enforcement Officer (CEO) T. Paine use his Narcotic Detector Dog (NDD) to screen the pickup. The NDD alerted to the odor of a controlled substance in the area of the pickup's undercarriage.

A search of the Chevrolet resulted in the discovery of packages of a green leafy substance within the spare tire. A sample from one of the packages field-tested positive for marijuana. The combined weight of the seven (7) packages was 16.54 kilograms.

Special Agent (S/A) Timothy Henderson interviewed CORTEZ. S/A Henderson read CORTEZ his constitutional rights, per Miranda, in English. CORTEZ stated he believed that a controlled substance would be in the pickup. CORTEZ said he was to be paid to drive the vehicle to Calexico, California.